1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

4  **United States Bankruptcy Court**
   **Central District of California**
5

6                                              ) Chapter 13
                                               )
7  Guillermo Cruz Pecson, Jr.                  ) Case No.: 8:10-bk-20315-TA
                                               )
8  Evelyn Gagui Pecson                         ) **NOTICE OF UNCLAIMED DIVIDEND**
                                               ) **(Bankruptcy Rule 3011)**
9                                              )
                                               )
10                                             )
                                               )
11 ─────────────────────────────────

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **301065** in the sum of **$485.00**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      Guillermo Cruz Pecson, Jr.
        8 Altura
18      Irvine, CA 92833

19
   Date: September 10, 2011            __/S/_____
20                                     Amrane Cohen, Chapter 13 Standing Trustee

21

22

23

24

25

26

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1020315 | Guillermo Cruz Pecson, Jr. & Evelyn Gagui Pecson | | | XXX-XX-6336 | | |
| | ACCT: | Claim: 00000 | | XXX-XX-8618 | | |
| | | | | 485.00 | 0.00 | 485.00 |
| | | TOTALS | | 485.00 | 0.00 | 485.00 |

Guillermo Cruz Pecson, Jr.
Evelyn Gagui Pecson
BALANCE:            [0.00  0/00000]
SSN: XXX-XX-6336    SSN: XXX-XX-8618
ACCT:               CASE: 1020315
PRINCIPAL:    485.00    INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301065

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$485.00

**PAY**  Four Hundred Eighty Five And 00 / 100 Dollars

**TO THE ORDER OF**  *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈'0301065⑈'  ⑆061100790⑆:000000057518 6 2⑈'

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND — ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE — SEE REVERSE SIDE FOR MORE SAFETY FEATURES